## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| TYLER ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 2:21-cv-00169-NT |
| | ) | |
| UNIVERSITY OF NEW ENGLAND, | ) | |
| | ) | |
| Defendant. | ) | |

## LOCAL RULE 56(h) PRE-FILING CONFERENCE REPORT AND ORDER

A conference was held on November 28, 2023 at 1:00 p.m.

Presiding: Nancy Torresen, United States District Judge

For Plaintiff: Guy D. Loranger

For Defendant: Ronald W. Schneider, Jr. and William J. Wahrer

In accordance with the procedural order issued on October 12, 2023 (ECF No. 37), I held a Local Rule 56(h) conference with counsel during which the following items were discussed:

1. **Bases for Proposed Motion for Summary Judgment**: The Defendant intends to move for summary judgment on all of the Plaintiff's remaining claims (Title IX retaliation and breach of contract).

2. **Estimated Memoranda Length**: The parties do not intend to exceed the twenty-page maximum in Local Rule 7(d).

3. **Estimated Factual Statements Length**: The Defendant estimates that its statement of material facts will not exceed 125 paragraphs. The Plaintiff estimates that his statement of material facts will not exceed an additional 150 paragraphs.

4. **Filing of the Record:** The parties shall file a stipulated summary judgment record. The record shall consist of the universe of documents that any party may cite to in its memorandum or statement of facts. The record shall be filed on ECF in advance of the filing of any motion, response, or statement of facts, and the parties shall make the appropriate citations to the record (see paragraph 5 outlining citations to the record). The ECF event "Local Rule 56(h) Record" can be found in the "other documents" category of the "civil events" listing on ECF.

   If during the motion practice any party determines that it needs to supplement the record, it may file a supplemental record, but shall not duplicate any record material already on the docket. Any supplemental record shall be filed on ECF in advance of the filing of any pleading so that the appropriate citations to the record can be made.

5. **Citations to the Record:** Filing the record on ECF in advance of the filing of any pleadings will generate ECF document numbers and page ID numbers. When citing documents from the record in the statement of material facts, counsel should include the appropriate ECF document and page ID numbers.

   Example: (Smith Affidavit ¶1; Doc. 52-28, #566)

6. **Cooperation of Counsel on Factual Statement**: By the conclusion of the briefing, it is the Court's preference to have one document that contains the full text of all the facts, admissions, denials, qualifications, and requests to strike produced by all parties. The Court expects the parties to work collaboratively in this endeavor.

   - All admissions, denials, qualifications, and requests to strike shall appear under the text of the proposed fact to which they refer.

   - A request to strike shall be preceded by an admission, denial, or qualification, in case the request to strike is denied.

   - All responses to requests to strike shall appear under the text of the request to strike to which they refer.

   - The parties' various statements of material facts should utilize a single, continuous sequence of paragraph numbers.

- In accordance with Local Rule 56(d), the Defendant's reply statement of material facts should address only the Plaintiff's additional facts and requests to strike.

The following sequence should take place when compiling the factual statements:

- First, the Defendant shall file a "Defendant's Supporting Statement of Material Facts," pursuant to Local Rule 56(b). This includes a numbered list of the facts the Defendant contends are supported by the record and undisputed.

  - The PDF version should be filed on ECF using the "Statement of Fact" event, which can be found in the "other documents" category of the "civil events" listing on ECF.

  - The Defendant shall email the Plaintiff a Word version of the PDF document.

- Second, the Plaintiff shall file a "Plaintiff's Opposing Statement of Material Facts," pursuant to Local Rules 56(c) and 56(e). This document shall reproduce the text of the facts proposed by the Defendant. The Plaintiff shall add appropriate admissions, denials, and qualifications, and, if necessary, requests to strike under each fact. Then, the Plaintiff may add a list of the additional facts that the Plaintiff contends are supported by the record, continuing with the same sequential paragraph sequence (i.e., if the Defendant's Statement of Material Facts ended at paragraph number 50, the Plaintiff shall start with paragraph number 51 for his Statement of Additional Facts).

  - The PDF versions should be filed on ECF using the "Response to Statement of Fact with Additional Facts" event, which can be found in the "responses and replies" category of the "civil events" listing on ECF.

  - The Plaintiff shall email the Defendant a Word version of the relevant PDF document.

- Third, the Defendant shall file a "Defendant's Reply Statement of Material Facts," pursuant to Local Rules 56(d) and 56(e). This document shall reproduce the text of the facts proposed by the Defendant and the Plaintiff's corresponding admissions, denials, qualifications, and requests to strike, as

3

well as the text of the Plaintiff's additional facts. The Defendant must add appropriate admissions, denials, qualifications, and, if necessary, requests to strike under each of the Plaintiff's additional facts. In addition, the Defendant may respond to any of the Plaintiff's requests to strike.

- The PDF version should be filed on ECF using the "Reply to Additional Statement of Fact" event, which can be found in the "responses and replies" category of the "civil events" listing on ECF.

- The Defendant shall email the Plaintiff a Word version of the PDF document.

- Fourth, if necessary, the Plaintiff may file a "Plaintiff's Response to Defendant's Requests to Strike," pursuant to Local Rule 56(e). This document shall reproduce the text of the Defendant's facts; the Plaintiff's additional facts; all admissions, denials, and qualifications; all requests to strike; and the Defendant's responses to the Plaintiff's requests to strike. The Plaintiff may add only appropriate responses under each of the Defendant's requests to strike. This document should be a complete account of the parties' factual statements.

- The PDF versions should be filed on ECF using the "Response to Request to Strike Per LR 56(e)" event, which can be found in the "responses and replies" category of the "civil events" listing on ECF.

- This fourth step only takes place in the event the Defendant has made requests to strike the Plaintiff's Additional Facts. If no requests to strike the Plaintiff's Additional Facts are made, the briefing is complete at the third step.

Following the discussion, I **ORDERED** that the parties meet and confer concerning the stipulated record by December 15, 2023. The parties' stipulated record shall be filed by December 22, 2023. The Defendant's motion for summary judgment shall be filed by January 8, 2024. The Plaintiff shall file his opposition to the Defendant's motion by January 29, 2024. The Defendant shall file its reply by

February 12, 2024. If necessary, the Plaintiff may file a response to any requests to strike from the Defendant by February 20, 2024.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 28th day of November, 2023.