UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TYLER ANDERSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO. 2:21-cv-00169-NT |
| UNIVERSITY OF NEW ENGLAND, | ) |
| Defendant, | ) |

## JUDGMENT

In accordance with the Orders on Motions to Dismiss entered by Judge George Z. Singal on February 1, 2022 and June 29, 2022 and the Order on Defendant's Motion for Summary Judgment entered by Judge Nancy Torresen on September 30, 2024,

JUDGMENT OF DISMISSAL is hereby entered on Counts I, II, III, IV, V & VIII;

JUDGMENT is hereby entered for defendant University of New England and against plaintiff Tyler Anderson on Counts VI and VII.

CHRISTA K. BERRY
CLERK

By:   /s/ Julie W. Rodrigue
Deputy Clerk

Dated: September 30, 2024